| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Rayes, Douglas L. | 2. Court or Organization<br><br>U.S. District Court - District of Arizona | 3. Date of Report<br><br>08/24/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Active Status. | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Sandra Day O'Connor
United States Courthouse
401 West Washington Street, Suite 526 - SPC 79
Phoenix, Arizona 85003-2162

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Rayes Properties Inc. |
| 2. | Trustee | Trust #1 |
| 3. | Managing partner | KJET Limited Partnership |
| 4. | Adjunct Professor | Arizona State University College of Law |
| 5. | Personal Representantive | Estate of Nicholas Rayes, deceased |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Arizona Elected Officials Retirment Plan; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Arizona Elected Officials Retirment Plan, retirement benefits. | $106,836.00 |
| 2. 2017 | County of Maricopa | $18,592.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Arizona State Retirement System, retirement benefits. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L.. | 08/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sandra Day O'Connor College of Law | Justice Prize Dinner honoring former President Jimmy Carter | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit card | K |
| 2. | BMO Harris Bank | Line of credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cohen & Steers Institutional Realty Shares | A | Dividend | | | Sold | 06/06/17 | K | A | |
| 2. Dodge & Cox Stock Fund #145 (DODGX) | D | Dividend | M | T | Sold (part) | 03/01/17 | K | B | |
| 3. | | | | | Sold (part) | 06/06/17 | K | B | |
| 4. Goldman Sachs Fin SQ Tax Free Money MKT (FTXXX) (X) | A | Dividend | L | T | Buy | 10/06/17 | K | | |
| 5. | | | | | Sold (part) | 11/22/17 | J | | |
| 6. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 7. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 8. | | | | | Sold (part) | 12/11/17 | J | | |
| 9. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 10. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 11. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 12. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 13. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 14. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 15. Gateway Fund (GTEYX) | | None | | | Sold (part) | 02/28/17 | K | C | |
| 16. | | | | | Sold | 03/01/17 | K | B | |
| 17. Microsoft Corp (MSFT) | B | Dividend | L | T | Sold (part) | 03/01/17 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Sold (part) | 11/21/17 | K | D | |
| 19. Pimco Commodity RR Strat-INS | A | Dividend | | | Sold | 07/13/17 | K | A | |
| 20. Oakmark International Fund (OANIX) | D | Dividend | N | T | Buy | 03/01/17 | J | | |
| 21. | | | | | Buy (add'l) | 05/03/17 | K | | |
| 22. | | | | | Buy (add'l) | 05/04/17 | K | | |
| 23. | | | | | Buy (add'l) | 06/06/17 | L | | |
| 24. Templeton INST Foreign SM Fund (TFSCX) | B | Dividend | K | T | | | | | |
| 25. Tweedy Browne FD Global Value | A | Dividend | K | T | | | | | |
| 26. Vanguard INSTL Index Fund | D | Dividend | O | T | Sold (part) | 02/28/17 | K | D | |
| 27. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 28. | | | | | Buy (add'l) | 11/21/17 | K | | |
| 29. Rayes Properties Inc. Stock | | None | J | W | | | | | |
| 30. Bank of America Checking/Savings accounts | A | Interest | K | T | | | | | |
| 31. BMO Private Bank Money Market | A | Interest | J | T | | | | | |
| 32. American Funds-The Growth Fund of America | B | Dividend | K | T | | | | | |
| 33. U.S. Savings Bonds Seriess EE | | None | J | T | | | | | |
| 34. Wasatch Core Growth Fd | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Athene Life and Annuity Co (Formerly AVIVA Annuity) | E | Distribution | L | W | | | | | |
| 36. Credit Suisse Comm Ret ST-I | | None | | | Sold | 07/11/17 | L | A | |
| 37. ISHARES CORE S&P MID-CAP (IJH) | A | Dividend | J | T | Sold (part) | 03/01/17 | L | D | |
| 38. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 39. BMO PYRFORD International Stock Fund (MISNX) | A | Dividend | K | T | | | | | |
| 40. John Hancock III Disciplined Value Mid Cap Fund | C | Dividend | L | T | Buy (add'l) | 02/28/17 | J | | |
| 41. | | | | | Buy (add'l) | 03/06/17 | K | | |
| 42. Schwab S&P 500 Index Fd (X) | A | Dividend | J | T | | | | | |
| 43. American Fund Cap (CIBFX) (X) | | None | J | T | | | | | |
| 44. Dodge And Cox Balanced FD (X) | A | Dividend | K | T | | | | | |
| 45. Second Home/ rental, Boulder CO (Purchased 5-14-14, $365,500) | E | Rent | N | R | | | | | |
| 46. ISHARES MSCI EAFE ETF (EFA) | | None | | | Sold | 03/01/17 | J | A | |
| 47. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | Sold (part) | 06/06/17 | K | B | |
| 48. Aberdeen Emerging Mkts Inst Fund (ABEMX) | A | Dividend | K | T | | | | | |
| 49. Artisan International Fund (APDIX) (X) | | None | | | Buy | 02/28/17 | K | | |
| 50. | | | | | Buy (add'l) | 03/01/17 | K | | |
| 51. | | | | | Sold | 06/06/17 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BMO LGM EMERGING MKTS (MIEMX) | A | Dividend | L | T | Buy (add'l) | 02/28/17 | J | | |
| 53. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 54. T Rowe Price International Discovery (PRIDX) | B | Dividend | L | T | Buy (add'l) | 05/03/17 | J | | |
| 55. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 56. Janus Enterprise Fund (JMGRX) | B | Dividend | L | T | Buy (add'l) | 02/28/17 | J | | |
| 57. Columbia Emerging Mkts ETF (ECON) | A | Dividend | L | T | Buy (add'l) | 05/03/17 | J | | |
| 58. Vanguard REIT ETF (VNQ) | B | Dividend | K | T | | | | | |
| 59. Vanguard Dividend Apprec Fund (VIG) | B | Dividend | L | T | | | | | |
| 60. Deutsche X-Trackers MSCI (DBEF) | A | Dividend | K | T | | | | | |
| 61. SPDR S&P Intl. Small Cap (GWX) | | None | | | Sold | 08/07/17 | J | A | |
| 62. Hartford Floating Rate Fund (HFLYX) | D | Dividend | L | T | Sold (part) | 05/03/17 | M | A | |
| 63. Champlain Mid-Cap Fund (CIPIX) | D | Dividend | M | T | Buy (add'l) | 03/06/17 | K | | |
| 64. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 65. ISHARES CORE S&P SMALL CAP ETF (IJR) | A | Dividend | | | Sold | 06/06/17 | K | B | |
| 66. Voya Real Estate (CRARX) | A | Dividend | | | Buy | 06/06/17 | K | | |
| 67. | | | | | Sold | 12/07/17 | K | A | |
| 68. Westwood Short Duration (WH GHX) | D | Dividend | L | T | Buy | 02/28/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L.. | 08/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/01/17 | M | | |
| 70. | | | | | Sold (part) | 08/07/17 | K | A | |
| 71. | | | | | Sold (part) | 11/21/17 | L | A | |
| 72. Artisan DEveloping World (APHYX) | C | Dividend | M | T | Buy | 07/11/17 | L | | |
| 73. | | | | | Buy (add'l) | 07/13/17 | K | | |
| 74. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 75. Blackstone ALT Multi Strategy (BXMIX) | A | Dividend | K | T | Buy | 11/21/17 | K | | |
| 76. Vanguard Real Estate Index (VGSLX) | A | Dividend | K | T | Buy | 12/08/17 | K | | |
| 77. Acadain EMG MKT (AEMGX) | A | Dividend | K | T | Buy | 03/01/17 | J | | |
| 78. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 79. Ishs Emg Mkt (ETF-EEM) | A | Dividend | J | T | Buy | 11/21/17 | J | | |
| 80. Transamerica Emg MKT Debt (EMTIX) | A | Dividend | K | T | Buy | 11/21/17 | K | | |
| 81. BMO Govt Money Mkt Premier Fund (MGNXX) | A | Dividend | | | Sold (part) | 03/01/17 | J | A | |
| 82. | | | | | Sold (part) | 03/02/17 | M | | |
| 83. | | | | | Sold (part) | 03/07/17 | L | | |
| 84. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 85. | | | | | Buy (add'l) | 05/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 08/24/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/08/17 | J | | |
| 87. | | | | | Sold | 10/06/17 | K | | |
| 88. Goldman Sachs Fin'l Sq Treas Fund (Money MKT) (FEDXX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.

Trust #1 Family Trust - The assets held in the Family Trust are included in the list of assets in Part VII.

KJET Limited Partnership - Managing Partner - The assets held in KJET are included in the list of assets in Part VII. KJET was dissolved in 2017 and the assets rolled into Trust #1 Family Trust

The adjunct professor position is a non-payed position.

I acted as the personal representative for the probate of my father's will. The benefciaries were all family members and I received no compensation.

Part III

Income from Maricopa County was reinbursement for excess retirement plan withholdings from my salary withheld during the years 2011 - 2014, while I was Judge in Maricopa County.

Part VII

Assets in items 81 and 82 were inadvertently omitted in prior financial disclosure.

Assets in items 24, 26 and 46 were reported as sold in the prior financial disclosure. They should have been reported as sold (part).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas L. Rayes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544